# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2055
LT Case No. 16-2015-CF-009362-A

_____

CHARLES JAMES SKOLNICK,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Mark Jeffrey Borello, Judge.

Charles James Skolnick, Milton, pro se.

No Appearance for Appellee.

March 31, 2026

PER CURIAM.

    AFFIRMED.

WALLIS, EDWARDS, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____